B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Maciejewski, Mary Victoria** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): **8978** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> **770 Woodside Dr.** <br> **Roselle, IL 60172**    ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> **DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

| **Type of Debtor** <br> (Form of Organization) <br> (Check one box.) | **Nature of Business** <br> (Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ■ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☐ Chapter 11 <br> ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |
| | **Tax-Exempt Entity** <br> (Check box, if applicable.) <br> ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** <br> (Check one box.) <br> ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached. <br><br> ☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br> OR <br> ■ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

KENNETH S. GARDNER, CLERK
FEB 8 2010
FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B 1 (Official Form 1) (1/08)                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Mary V. Maciejewski |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years *(If more than two, attach additional sheet.)*

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor *(If more than one, attach additional sheet.)*

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _Mary V. Maciejewski 1-22-2010_<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

■   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

9

B 1 (Official Form) 1 (1/08)

| Voluntary Petition | Name of Debtor(s): | Page 3 |
| *(This page must be completed and filed in every case.)* | Mary V. Maciejewski | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Mary V. Maciejewski_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)  630-283-0642

Date  01-02-2010

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address
_____

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*16*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

___Northern___ District Of ___Illinois___

In re _Mary V. Maciejewski,_
_____Debtor_____

Case No. _____

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 0 | 0 | 0 |
| B - Personal Property | yes | 6 | $2280.00 | 0 | 0 |
| C - Property Claimed as Exempt | yes | 4 | ⊕ | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 1535.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 4 | | $ 12,345.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 5 | | $ 9,061.09 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | N/A | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 3 | | | $ 798.20 |
| J - Current Expenditures of Individual Debtor(s) | yes | 2 | | | $ ~~~~~ |
| TOTAL | | 29 | $2280.00 | $22941.90 | |

*15*

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
Northern District Of Illinois

In re Mary J. Maciejewski,
_____ Debtor

Case No. _____

Chapter _____ 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 798.20 |
| Average Expenses (from Schedule J, Line 18) | $ 1068.52 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 798.20    ? |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 9061.09 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 9061.09 |

17

B6A (Official Form 6A) (12/07)

In re __Mary V. Maciejewski__ ,                    Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | NONE | N/A | NONE | NONE |
| | | Total▶ | N/A | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

*18*

In re _Mary V. Maciejewski_,
�civⁱⁱDebtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | NONE | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account 814096137 Chase Bank<br><br>Checking Account Midwest Bank 648669003 | | 100,00<br><br>3,00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | See attached | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | see attached | | |
| 6.  Wearing apparel. | | see attached | | |
| 7.  Furs and jewelry. | | See attached | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | see attached | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issuer. | NONE | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | NONE | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re Mary V. Maciejewski ,
_____Debtor_____

Case No. _____
                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | NONE | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | NONE | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | | |
| 16. Accounts receivable. | NONE | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Child Support 05F00037M Child Support 00F000354 | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | NONE | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A — Real Property. | NONE | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

20

B6B (Official Form 6B) (12/07) — Cont.

In re _Mary V. Maciejewski_ ,
　　　　　Debtor

Case No. _____
　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | NONE | | N | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | NONE | | N | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | NONE | | N | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | 1 | 1992 Pontiac Sunbird LE VIN Located at 770 Woodside Dr. Roselle | | $300.00 |
| 26. Boats, motors, and accessories. | NONE | | N | |
| 27. Aircraft and accessories. | NONE | | N | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | NONE | | N | |
| 30. Inventory. | NONE | | N | |
| 31. Animals. | 1 | White Rabbit Located at 770 Woodside Dr, Roselle | | $40.00 |
| 32. Crops - growing or harvested. Give particulars. | N | | N | |
| 33. Farming equipment and implements. | N | | N | |
| 34. Farm supplies, chemicals, and feed. | N | | N | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_3_ continuation sheets attached　　Total▶ | $ 2280.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

BbB Debtor, Personal Property

EXEMPT  Mary V. Maciejewski

21

01/22/2010

| Quantity | Personal Property(Inventory taken 01/02/2009) | Estimated Value | Original Purchase Price | From Where? | Year Purchased | List as Exempt? |
|---|---|---|---|---|---|---|
| 1 | 1 Full Size Bed(Mary) | 100.00 | 130.00 | Resale Shop | 2009 | YES |
| 1 | 1 Large Wood Dresser(Mary) | 20.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 Small Wood Dresser(Mary) | 10.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 13" Symphonic TV(Mary) | 10.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 25" JVC TV(Family Room) | 20.00 | 20.00 | Craigslist | 2009 | YES |
| 1 | 1 Tan Couch | 100.00 | Free | Gift from relative | 2005 | YES |
| 1 | 1 Tan Chair | 50.00 | Free | Gift from relative | 2005 | YES |
| 1 | 2 End Tables | 5.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 Black 2 drawer file cabinet | 1.00 | 1.00 | Garage Sale | 2009 | YES |
| 1 | 1 VCR | 5.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 DVD Player(Mary) | 25.00 | Unknown | Gift from relative | 2000 | YES |
| 1 | 1 Sony Digital Camera(Mary) | 20.00 | 200.00 | Dell | 2005 | YES |
| 1 | 1 HP Desktop Computer | 250.00 | 1,200.00 | Circuit City | 2005 | YES |
| 1 | 1 Brother Fax Machine | 5.00 | 5.00 | Garage Sale | 2009 | YES |
| 1 | 1 Sony Portable Radio/CD Player | 5.00 | 5.00 | Garage Sale | 2009 | YES |
| 1 | 1 Blue Mountain Bike(Mary) | 15.00 | 50.00 | Walmart | 2000 | YES |
| 1 | Toro cordless trimmer | 20.00 | 20.00 | Craigslist | 2009 | YES |
| 1 | Approximately 15 movie DVDs | 30.00 | Unknown | Unknown | 2005 | YES |
| 1 | Approximately 20 music CDs | 20.00 | Unknown | Unknown | 2005 | YES |
| 1 | Approximately 5 Computer CDs | 100.00 | Unknown | Unknown | 2006 | YES |
| 1 | 1 Rabbit | 40.00 | 40.00 | Pet Store | 2005 | YES |
| 1 | 1 Rabbit Cage | 15.00 | 50.00 | Pet Store | 2005 | YES |
| 1 | 1 Elliptical Machine | 10.00 | 10.00 | Garage Sale | 2009 | YES |
| 1 | 1 Exercise Bike | 10.00 | 10.00 | Garage Sale | 2009 | YES |
| 1 | 1 Large Body Ball(Exercise Ball) | 5.00 | 10.00 | Walmart | 2009 | YES |
| 1 | Nalex Wall Dartboard and darts | 10.00 | 20.00 | Unknown | 2000 | YES |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 Pair Rollerblades | 5.00 | 5.00 | Resale Shop | 2009 | YES |
| 1 | Books Approximately 10 | 25.00 | Unknown | Unknown | unknown | YES |
| 1 | Wall Pictures/Posters Approximately 10 | 25.00 | Unknown | Unknown | unknown | YES |
| 1 | Homedics Massaging Seat cushion | 15.00 | Unknown | Gift from relative | unknown | YES |
| 1 | Motorola L2 Cell Phone Cingular Wireless Pay Go Phone | 20.00 | 80.00 | Cingular Wireless | | YES |
| 1 | Samsung SGH-x497 Cell Phone Cingular Wireless Old Contract Phone | 20.00 | Free with contract | Cingular Wireless | 2005 | YES |
| 1 | LG C2000 Cell Phone(Broken)(Child) Cingular Wireless Old Contract Phone | 5.00 | Free with contract | Cingular Wireless | 2005 | YES |
| 1 | LG C2000 Cell Phone(Child) Cingular Wireless Old Contract Phone | 15.00 | Free with contract | Cingular Wireless | 2005 | YES |
| 1 | Virgin Mobile LG Aloha Prepaid Cell Phone | 10.00 | Unknown | Target | unknown | YES |
| 1 | Net 10 LG300 Prepaid Cell Phone | 10.00 | Unknown | Net 10 | unknown | YES |
| 1 | Net 10 LG C261 Prepaid Cell Phone | 5.00 | Unknown | Net 10 | unknown | YES |
| 1 | Net 10 Motorola C139 Prepaid Cell Phone | 5.00 | Unknown | Net 10 | unknown | YES |
| 1 | Net 10 Motorola C139 Prepaid Cell Phone | 5.00 | Unknown | Net 10 | unknown | YES |
| 1 | Cingular Wireless Sony Ericsson J220a Prepaid Cell Phone(Child) (Partially works) | 5.00 | Unknown | Gift from relative | unknown | YES |
| 1 | 1 Brother Sewing Machine | 20.00 | Unknown | Gift from relative | unknown | YES |
| 1 | 1 Sony Walkman | 4.00 | 4.00 | Goodwill Store | 2009 | YES |
| 1 | 1 Access HD Converter Box | 40.00 | 10.00 | Meijer | 2009 | YES |
| 1 | 1 Polaroid a520 Digital Camera | 5.00 | Free | Contest | unknown | YES |
| 1 | 1 Belkin F5D7230 Wireless G Router(Works Partially) | 5.00 | 40.00 | Best Buy | unknown | YES |
| 1 | 1 Sony MPF88E Floppy Disk Drive | 15.00 | Unknown | Unknown | unknown | YES |
| 1 | 1 Kensington PilotMouse Wireless Pro | 5.00 | Unknown | Unknown | 2009 | YES |
| 1 | 1 GE Radio Alarm Clock | 3.00 | Unknown | Unknown | unknown | YES |

Case 10-04717   Doc 1   Filed 02/08/10   Entered 02/08/10 15:32:42   Desc Main
Document   Page 12 of 49

23

Bdb

Debtor, Personal Property

EXEMPT   Mary V. Maciejewski

01/22/2010

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 Coby CX-71 Portable Radio | 3.00 | Unknown | Walgreens | unknown | YES |
| 1 | 1 Western Digital 1607a Portable Hard Drive | 25.00 | Unknown | Best Buy | unknown | YES |
| 1 | Sony Cybershot DSC-W55 Digital Camera | 30.00 | 30.00 | Ebay | 2009 | YES |
| 1 | 1 Radio Shack Personal Alarm | 5.00 | Unknown | Gift from relative | unknown | YES |
| 1 | 1 Philips Mini Digital Camera | 5.00 | Unknown | Walgreens | unknown | YES |
| 1 | 1 Pagenet Pager | 5.00 | Unknown | Comm One | unknown | YES |
| 1 | 2 GE Telephones | 3.00 | Unknown | Unknown | 2004 | YES |
| 1 | 1 2Wire 1701HG Gateway ATT | 20.00 | Unknown | AT&T | 2005 | YES |
| 1 | 1 Used ATI Radeon X600 SE Video Card | 5.00 | Unknown | Craigslist | 2009 | YES |
| 1 | 2 Motorola cell phone batteries(unsure if they work) | 1.00 | Unknown | Ebay | 2009 | YES |
| 1 | 1 2Wire 2701HG-B Gateway ATT | 25.00 | 3.00 | Garage Sale | 2009 | YES |
| 1 | 1 GE Answering Machine | 5.00 | Unknown | Unknown | unknown | YES |
| 1 | 1 1992 Pontiac Sunbird LE, Aqua | 300.00 | 150.00 | Craigslist | 2009 | YES |
| 1 | Peak Portable Car Jump Starter | 30.00 | 30.00 | Pep Boys | 2009 | YES |
| 1 | Artificial Christmas Tree and ornaments | 5.00 | Unknown | Menards | 2004 | YES |
| 1 | Pearl Bracelet | 20.00 | Unknown | Gift from relative | | YES |
| 1 | Miscellaneous Jewelry costume type | 25.00 | Unknown | Unknown | unknown | YES |
| 1 | Shirts, Pants, Shoes, Skirts, Undergarments, Dresses(Mary) | 300.00 | Unknown | Unknown | unknown | YES |
| 1 | Approximately 20 Second Hand Formal Dresses (Mary and Children) | 100.00 | 100.00 | Garage Sale, Resale Shops | 2008-2009 | YES |
| 1 | Comforters,blankets, sheets, etc. | 100.00 | Unknown | Unknown | unknown | YES |
| 1 | Miscellaneous(make up, purses, personal photos, hair care products, pens, pencils, paper, AC adapters, plugs, etc.. | 100.00 | Unknown | Unknown | unknown | YES |
| | **Total Personal Property Mary (estimated)** | **2,280.00** | | | | |

B6C (Official Form 6C) (12/07)

24

In re _Mary V. Maciejewski_,
    **Debtor**

Case No. _____
              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

_Please see attached_

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal property | please see attached list | | |

Debtor, EXEMPT Property                    Mary V. Maciejewski                    01/22/2010

| Quantity | Personal Property(Inventory taken 01/02/2009) | Estimated Value | Original Purchase Price | From Where? | Year Purchased | List as Exempt? |
|---|---|---|---|---|---|---|
| 1 | 1 Full Size Bed(Mary) | 100.00 | 130.00 | Resale Shop | 2009 | YES |
| 1 | 1 Large Wood Dresser(Mary) | 20.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 Small Wood Dresser(Mary) | 10.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 13" Symphonic TV(Mary) | 10.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 25" JVC TV(Family Room) | 20.00 | 20.00 | Craigslist | 2009 | YES |
| 1 | 1 Tan Couch | 100.00 | Free | Gift from relative | 2005 | YES |
| 1 | 1 Tan Chair | 50.00 | Free | Gift from relative | 2005 | YES |
| 1 | 2 End Tables | 5.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 Black 2 drawer file cabinet | 1.00 | 1.00 | Garage Sale | 2009 | YES |
| 1 | 1 VCR | 5.00 | Free | Craigslist | 2009 | YES |
| 1 | 1 DVD Player(Mary) | 25.00 | Unknown | Gift from relative | 2000 | YES |
| 1 | 1 Sony Digital Camera(Mary) | 20.00 | 200.00 | Dell | 2005 | YES |
| 1 | 1 HP Desktop Computer | 250.00 | 1,200.00 | Circuit City | 2005 | YES |
| 1 | 1 Brother Fax Machine | 5.00 | 5.00 | Garage Sale | 2009 | YES |
| 1 | 1 Sony Portable Radio/CD Player | 5.00 | 5.00 | Garage Sale | 2009 | YES |
| 1 | 1 Blue Mountain Bike(Mary) | 15.00 | 50.00 | Walmart | 2000 | YES |
| 1 | Toro cordless trimmer | 20.00 | 20.00 | Craigslist | 2009 | YES |
| 1 | Approximately 15 movie DVDs | 30.00 | Unknown | Unknown | 2005 | YES |
| 1 | Approximately 20 music CDs | 20.00 | Unknown | Unknown | 2005 | YES |
| 1 | Approximately 5 Computer CDs | 100.00 | Unknown | Unknown | 2006 | YES |
| 1 | 1 Rabbit | 40.00 | 40.00 | Pet Store | 2005 | YES |
| 1 | 1 Rabbit Cage | 15.00 | 50.00 | Pet Store | 2005 | YES |
| 1 | 1 Elliptical Machine | 10.00 | 10.00 | Garage Sale | 2009 | YES |
| 1 | 1 Exercise Bike | 10.00 | 10.00 | Garage Sale | 2009 | YES |
| 1 | 1 Large Body Ball(Exercise Ball) | 5.00 | 10.00 | Walmart | 2009 | YES |
| 1 | Nalex Wall Dartboard and darts | 10.00 | 20.00 | Unknown | 2000 | YES |

Bb0 C   Debtor, EXEMPT Property
Mary V. Maciejewski

01/22/2010

| 1 | 1 Pair Rollerblades | 5.00 | 5.00 | Resale Shop | 2009 | YES |
|---|---|---|---|---|---|---|
| 1 | Books Approximately 10 | 25.00 | Unknown | Unknown | unknown | YES |
| 1 | Wall Pictures/Posters Approximately 10 | 25.00 | Unknown | Unknown | unknown | YES |
| 1 | Homedics Massaging Seat cushion | 15.00 | Unknown | Gift from relative | unknown | YES |
| 1 | Motorola L2 Cell Phone Cingular Wireless Pay Go Phone | 20.00 | 80.00 | Cingular Wireless | | YES |
| 1 | Samsung SGH-x497 Cell Phone Cingular Wireless Old Contract Phone | 20.00 | Free with contract | Cingular Wireless | 2005 | YES |
| 1 | LG C2000 Cell Phone(Broken)(Child) Cingular Wireless Old Contract Phone | 5.00 | Free with contract | Cingular Wireless | 2005 | YES |
| 1 | LG C2000 Cell Phone(Child) Cingular Wireless Old Contract Phone | 15.00 | Free with contract | Cingular Wireless | 2005 | YES |
| 1 | Virgin Mobile LG Aloha Prepaid Cell Phone | 10.00 | Unknown | Target | unknown | YES |
| 1 | Net 10 LG300 Prepaid Cell Phone | 10.00 | Unknown | Net 10 | unknown | YES |
| 1 | Net 10 LG C261 Prepaid Cell Phone | 5.00 | Unknown | Net 10 | unknown | YES |
| 1 | Net 10 Motorola C139 Prepaid Cell Phone | 5.00 | Unknown | Net 10 | unknown | YES |
| 1 | Net 10 Motorola C139 Prepaid Cell Phone | 5.00 | Unknown | Net 10 | unknown | YES |
| 1 | Cingular Wireless Sony Ericsson J220a Prepaid Cell Phone(Child) (Partially works) | 5.00 | Unknown | Gift from relative | unknown | YES |
| 1 | 1 Brother Sewing Machine | 20.00 | Unknown | Gift from relative | unknown | YES |
| 1 | 1 Sony Walkman | 4.00 | 4.00 | Goodwill Store | 2009 | YES |
| 1 | 1 Access HD Converter Box | 40.00 | 10.00 | Meijer | 2009 | YES |
| 1 | 1 Polaroid a520 Digital Camera | 5.00 | Free | Contest | unknown | YES |
| 1 | 1 Belkin F5D7230 Wireless G Router(Works Partially) | 5.00 | 40.00 | Best Buy | unknown | YES |

Case 10-04717   Doc 1   Filed 02/08/10   Entered 02/08/10 15:32:42   Desc Main
Document   Page 16 of 49

B6C

Debtor, EXEMPT Property

Mary V. Maciejewski

01/22/2010

27

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 Sony MPF88E Floppy Disk Drive | 15.00 | Unknown | Unknown | unknown | YES |
| 1 | 1 Kensington PilotMouse Wireless Pro | 5.00 | Unknown | Unknown | 2009 | YES |
| 1 | 1 GE Radio Alarm Clock | 3.00 | Unknown | Unknown | unknown | YES |
| 1 | 1 Coby CX-71 Portable Radio | 3.00 | Unknown | Walgreens | unknown | YES |
| 1 | 1 Western Digital 1607a Portable Hard Drive | 25.00 | Unknown | Best Buy | unknown | YES |
| 1 | Sony Cybershot DSC-W55 Digital Camera | 30.00 | 30.00 | Ebay | 2009 | YES |
| 1 | 1 Radio Shack Personal Alarm | 5.00 | Unknown | Gift from relative | unknown | YES |
| 1 | 1 Philips Mini Digital Camera | 5.00 | Unknown | Walgreens | unknown | YES |
| 1 | 1 Pagenet Pager | 5.00 | Unknown | Comm One | unknown | YES |
| 1 | 2 GE Telephones | 3.00 | Unknown | Unknown | 2004 | YES |
| 1 | 1 2Wire 1701HG Gateway ATT | 20.00 | Unknown | AT&T | 2005 | YES |
| 1 | 1 Used ATI Radeon X600 SE Video Card | 5.00 | Unknown | Craigslist | 2009 | YES |
| 1 | 2 Motorola cell phone batteries(unsure if they work) | 1.00 | Unknown | Ebay | 2009 | YES |
| 1 | 1 2Wire 2701HG-B Gateway ATT | 25.00 | 3.00 | Garage Sale | 2009 | YES |
| 1 | 1 GE Answering Machine | 5.00 | Unknown | Unknown | unknown | YES |
| 1 | 1 1992 Pontiac Sunbird LE, Aqua | 300.00 | 150.00 | Craigslist | 2009 | YES |
| 1 | Peak Portable Car Jump Starter | 30.00 | 30.00 | Pep Boys | 2009 | YES |
| 1 | Artificial Christmas Tree and ornaments | 5.00 | Unknown | Menards | 2004 | YES |
| 1 | Pearl Bracelet | 20.00 | Unknown | Gift from relative | | YES |
| 1 | Miscellaneous Jewelry costume type | 25.00 | Unknown | Unknown | unknown | YES |
| 1 | Shirts, Pants, Shoes, Skirts, Undergarments, Dresses(Mary) | 300.00 | Unknown | Unknown | unknown | YES |
| 1 | Approximately 20 Second Hand Formal Dresses   (Mary and Children) | 100.00 | 100.00 | Garage Sale, Resale Shops | 2008-2009 | YES |

Debtor, EXEMPT Property

Mary V. Maciejewski

01/22/2010

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Comforters,blankets, sheets, etc. | 100.00 | Unknown | Unknown | unknown | YES |
| 1 | Miscellaneous(make up, purses, personal photos, hair care products, pens, pencils, paper, AC adapters, plugs, etc.. | 100.00 | Unknown | Unknown | unknown | YES |
| | | | | | | |
| | **Total Personal Property Mary (estimated)** | **2,280.00** | | | | |

B6D (Official Form 6D) (12/07)

In re Mary V. Maciejewski,    Case No. _____
_____Debtor_____                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 06505841 Gerber Life Ins. | | | Life Insurance Policy 06505841 2000.00 VALUE $ at maturity | | | | 671.71 | O |
| ACCOUNT NO. 06505842 Gerber Life Ins. | | | Life Insurance Policy 06505842 2000.00 VALUE $ at maturity | | | | 863.87 | O |
| ACCOUNT NO. | | | VALUE $ | | | | | |

continuation sheets attached

Subtotal ▶ (Total of this page)    $ 1535.58    $ O

Total ▶ (Use only on last page)    $ 1535.58    $ O

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D

30

Debtor, Secured Claims

Mary V. Maciejewski

01/22/2010

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim(trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim(if secured also state value of security) | Secured or Unsecured | Date Account Originally Opened |
|---|---|---|---|---|---|---|
| Gerber Life Insurance, Loan Department, 445 State Street, Fremont, MI 49412 Policy 06505841 | Gerber Life Insurance, 204 W. Main Street, Fremont, MI 49412, 800-704-2180, Loan Department | Insurance Policy Loan | Can pay back at anytime. 8% annual interest rate | $671.71 | Secured | 11/26/2004 |
| Gerber Life Insurance, Loan Department, 445 State Street, Fremont, MI 49412 Policy 06505842 | Gerber Life Insurance, 204 W. Main Street, Fremont, MI 49412, 800-704-2180, Loan Department | Insurance Policy Loan | Can pay back at anytime. 8% annual interest rate | $863.87 | Secured | 11/26/2004 |
| | | | Total | $1,535.58 | | |

B6E (Official Form 6E) (12/07)

In re _Mary V. Maciejewski,_
_____
Debtor

Case No._____
                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

32

B6E (Official Form 6E) (12/07) – Cont.

In re Mary V. Maciejewski,
_____ Debtor

Case No. _____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 154909241-463 GMAC LLC PO BOX 901009 Fort Worth, TX 76101 | | | 04-2009 (06-28-06) original purchase date | | | | 10627.48 | O | O |
| Account No. 5291-0721-7734-7917 Capital One Bank PO Box 30285 Salt Lake City, UT 84130 | | | 02/19/02 | | | | 1717.75 | O | O |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | Subtotals ► (Totals of this page) | $ 12345.23 | $ O | O |
|---|---|---|---|---|---|---|
| | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 12345.23 | | |
| | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ O | $ O |

BGE

33

Debtor, Priority Unsecured

Mary V. Maciejewski

01/22/2010

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim(trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim(If secured also state value of security) | Secured or Unsecured | Date Account Originally Opened |
|---|---|---|---|---|---|---|
| GMAC LLC, PO BOX 901009, Fort Worth, TX 76101, Account # 154-9092-41463 | Riezman Berger, Attorneys at Law, 7700 Bonhomme Ave., 7th Floor, St. Louis, MO 63105, 314-727-0101, Julie Graham, FILE 25004165.001 | Auto Loan Account | Default Judgment 04-25-2007, DuPage County Case 06LM4364 | 10,627.48 | Unsecured | 06/28/06 |
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 5291-0721-7734-7917 | Blitt and Gaines, PC, 661 Glenn Avenue, Wheeling, IL 60090, 1-847-403-4900 | Credit card bank loan | DuPage County Case 09SC9173 Judgment | 1,717.75 | Unsecured | 02/19/02 |
| | | | Total | 12,345.23 | | |

154

11

Debtor Creditor Accounts

Mary V. Maciejewski

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim(trade debt, bank loan, unliquidated, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim(if claim is secured also state value of security) | Secured or Unsecured | Date Account Originally Opened |
|---|---|---|---|---|---|---|
| GMAC LLC, PO BOX 901009, Fort Worth, TX 76101, Account # 154-9092-41463 | Riezman Berger, Attorneys at Law, 7700 Bonhomme Ave., 7th Floor, St. Louis, MO 63105, 314-727-0101, Julie Graham, FILE 25004165.001 | Auto Loan Account | Default Judgment 04-25-2007, DuPage County Case 06LM4364 | $10,627.48 | Unsecured | 6/28/2006 |
| Dell Financial Services, PO BOX 81577, Austin, TX 78708-1577, Account # 6879-4501-2904-3965-105 | Financial Recovery Services, Inc., PO BOX 385908, Minneapolis, MN 55438-5908, 1-866-831-0343, Raymond Lewis, File # YD6136 | Credit card bank loan | Account past due and in collections. Settlement offered 12-07-2009 | $1,982.12 | Unsecured | 2/1/2006 |
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 5291-0721-7734-7917 | Blitt and Gaines, PC, 661 Glenn Avenue, Wheeling, IL 60090, 1-847-403-4900 | Credit card bank loan | DuPage County Case 09SC9173 Pending | $1,717.75 | Unsecured | 2/19/2002 |
| Orchard Bank, HSBC Card Services, PO BOX 80084, Salinas, CA 93912-0084, Account # 5440-4560-1049-2800 | Law Offices of Weltman, Weinberg & Reis CO., LPA, 323 W. Lakeside Avenue STE 200, Cleveland, OH 44113-1009, 800-286-9403, Account # 350191317, File # 7491264 | Credit card bank loan | Account is past due and in collections. | $1,124.66 | Unsecured | 3/10/2004 |
| AT&T(Formerly Cingular Wireless), AT&T (Formerly Cingular Wireless), PO BOX 6428, Carol Stream, IL 60197-6428, 800-331-0500, Account # 291092696 | Kathleen Dooling, VP Customer Service AT&T Mobility Glenridge Highlands Two 5565 Glenridge Connector Atlanta, GA 30342 1-800-331-0500 | Cellular phone contract | Account is past due | $975.00 | Unsecured | 8/27/2005 |

01/22/2010

B4

12

**Debtor Creditor Accounts**  Mary V. Maciejewski

| | | | | | | |
|---|---|---|---|---|---|---|
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 5178-0526-2831-1231 | Capital One Bank NA, PO BOX 30285, Salt Lake City, UT, 84130-0285, 800-903-3637 | Credit card bank loan | Account is past due | $972.77 | Unsecured | 1/1/2006 |
| Gerber Life Insurance, Loan Department, 445 State Street, Fremont, MI 49412 Policy 06505841 | Gerber Life Insurance, 204 W. Main Street, Fremont, MI 49412, 800-704-2180, Loan Department | Insurance Policy Loan | Can pay back at anytime. 8% annual interest rate | $671.71 | Secured | 11/26/2004 |
| Gerber Life Insurance, Loan Department, 445 State Street, Fremont, MI 49412 Policy 06505842 | Gerber Life Insurance, 204 W. Main Street, Fremont, MI 49412, 800-704-2180, Loan Department | Insurance Policy Loan | Can pay back at anytime. 8% annual interest rate | $863.87 | Secured | 11/26/2004 |
| Premier Management Partners, LLC, 17W300 22nd Street, Oakbrook Terrace, IL 60181 | Helen Darrow, Premier Management Partners, LLC, 17W300 22nd Street, Oakbrook Terrace, IL 60181, 630-833-4455 | Apartment Lease Balance | Account is past due | $778.00 | Unsecured | 7/1/2004 |
| RQA, Inc, Kimberly Crooks, 7900 S. Cass Avenue, Darien, IL 60561, Rep # 27975 | Kimberly Crooks, RQA, Inc., 7900 S. Cass Avenue, Darien, IL 60561, 800-332-5233 | Employer money | Account is past due and in collections. | $420.98 | Unsecured | 6/18/2007 |
| Best Buy, Retail Services, PO BOX 15521, Wilmington, DE 19850-5521, Account # 7021-2713-4546-1089 | Leading Edge Recovery Solutions, 5440 N. Cumberland Avenue, Ste 300, Chicago, IL 60656-1490, 800-663-4707, FILE # 9855232 | Credit card bank loan | Account is past due and in collections. | $409.79 | Unsecured | 1/1/2005 |
| HSBC Card Services, PO BOX 81622, Salinas, CA 93912-1622, Account # 5176-6900-4972-5885 | Shellymar Vazquez, Professional Recovery Services, PO BOX 1880, Voorhees, NJ 08043-7880, 800-373-9358, Account # 7649309 | Credit card bank loan | Account is past due and in collections. | $212.29 | Unsecured | 5/11/2005 |
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 4862-3624-4580-0306 | Capital One Bank NA, PO BOX 30285, Salt Lake City, UT, 84130-0285, 800-903-3637 | Credit card bank loan | Account is past due | $202.16 | Unsecured | 6/1/2004 |

01/22/2010

Debtor Creditor Accounts

Mary V. Maciejewski

| | | | | | | |
|---|---|---|---|---|---|---|
| Cricket Wireless , PO BOX 650755, Dallas, TX 75265-0755, Account # 205-2165306-1 | Cricket Wireless, PO BOX 650755, Dallas, TX 75265-0755, 800-274-2538 | Cellular phone monthly non contract | Account is past due | $109.84 | Unsecured | 9/2/2009 |
| Eagle Insurance Agency, ACAR Premium Finance Company, 3280 N. California Avenue, Chicago, IL 60618, Account #18041050 | Eagle Insurance Agency, ACAR Premium Finance Company, 3280 N. California Avenue, Chicago, IL 60618, 773-463-7576 | Auto Insurance Balance | Account is past due | 60.17 | Unsecured | 1/8/2009 |
| AT&T, PO BOX 8100, Aurora, IL 60507-8100, Account 630351658723 | West Asset Management, 3432 Jefferson Avenue, Texarkana, AR 71854-2747, Account # 630351658723 | Old Telephone number | Account is past due and in collections. | $47.80 | Unsecured | 7/1/2004 |
| Columbia House DVD Club, PO BOX 91601, Indianapolis, IN 46291-0601, Account # 5043897609966 | Columbia House DVD Club, PO BOX 91601, Indianapolis, IN 46291-0601, 800-262-2001 | DVD Club | Account is past due and in collections. | $47.76 | Unsecured | 4/11/2008 |
| | | | Total Debt | 21224.15 | | |

01/22/2010

*14*

B6 Cover (Form 6 Cover) (12/07)

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

34

B6E (Official Form 6E) (12/07) – Cont.

In re _Mary J. Maciejewski_ ,        Case No._____
              Debtor                              (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_ continuation sheets attached

B6F (Official Form 6F) (12/07)

35

In re Mary V. Maciejewski,
                Debtor

Case No. _____
                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Please see attached list | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| 3 continuation sheets attached | | | Subtotal▶ | | | | $ |
| | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 906,109 |

B60F

36

Debtor, Creditors General Unsecured

Mary V. Maciejewski



| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim(trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim(If secured also state value of security) | Secured or Unsecured | Date Account Originally Opened |
|---|---|---|---|---|---|---|
| Dell Financial Services, PO BOX 81577, Austin, TX 78708-1577, Account # 6879-4501-2904-3965-105 | Financial Recovery Services, Inc., PO BOX 385908, Minneapolis, MN 55438-5908, 1-866-831-0343, Raymond Lewis, File # YD6136 | Credit card bank loan | Account past due and in collections. Settlement offered 12-07-2009 | $1,982.12 | Unsecured | 2/1/2006 |
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 5291-0721-7734-7917 | Blitt and Gaines, PC., 661 Glenn Avenue, Wheeling, IL 60090, 1-847-403-4900 | Credit card bank loan | DuPage County Case 09SC9173 Pending | $1,717.75 | Unsecured | 2/19/2002 |
| Orchard Bank, HSBC Card Services, PO BOX 80084, Salinas, CA 93912-0084, Account # 5440-4560-1049-2800 | Law Offices of Weltman, Weinberg & Reis CO., LPA, 323 W. Lakeside Avenue STE 200, Cleveland, OH 44113-1009, 800-286-9403, Account # 350191317, File # 7491264 | Credit card bank loan | Account is past due and in collections. | $1,124.66 | Unsecured | 3/10/2004 |

01/22/2010

Debtor, Creditors General Unsecured

Mary V. Maciejewski

| Creditor | Contact | Description | Status | Amount | Type | Date |
|---|---|---|---|---|---|---|
| AT&T(Formerly Cingular Wireless), AT&T (Formerly Cingular Wireless), PO BOX 6428, Carol Stream, IL 60197-6428, 800-331-0500, Account # 291092696 | Kathleen Dooling, VP Customer Service AT&T Mobility Glenridge Highlands Two 5565 Glenridge Connector Atlanta, GA 30342 1-800-331-0500 | Cellular phone contract | Account is past due | $975.00 | Unsecured | 8/27/2005 |
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 5178-0526-2831-1231 | Capital One Bank NA, PO BOX 30285, Salt Lake City, UT, 84130-0285, 800-903-3637 | Credit card bank loan | Account is past due | $972.77 | Unsecured | 1/1/2006 |
| Premier Management Partners, LLC., 17W300 22nd Street, Oakbrook Terrace, IL 60181 | Helen Darrow, Premier Management Partners, LLC. 17W300 22nd Street, Oakbrook Terrace, IL 60181, 630-833-4455 | Apartment Lease Balance | Account is past due | $778.00 | Unsecured | 7/1/2004 |
| RQA, Inc, Kimberly Crooks, 7900 S. Cass Avenue, Darien, IL 60561, Rep # 27975 | Kimberly Crooks, RQA, Inc, 7900 S. Cass Avenue, Darien, IL 60561, 800-332-5233 | Employer money | Account is past due and in collections. | $420.98 | Unsecured | 6/18/2007 |
| Best Buy, Retail Services, PO BOX 15521, Wilmington, DE 19850-5521, Account # 7021-2713-4546-1089 | Leading Edge Recovery Solutions, 5440 N. Cumberland Avenue, Ste 300, Chicago, IL 60656-1490, 800-663-4707, FILE # 9855232 | Credit card bank loan | Account is past due and in collections. | $409.79 | Unsecured | 1/1/2005 |

01/22/2010

B6F

38

Mary V. Maciejewski

Debtor, Creditors General Unsecured

| Creditor | Collection Agent | Description | Status | Amount | Type | Date |
|---|---|---|---|---|---|---|
| HSBC Card Services, PO BOX 81622, Salinas, CA 93912-1622, Account # 5176-6900-4972-5885 | Shellymar Vazquez, Professional Recovery Services, PO BOX 1880, Voorhees, NJ 08043-7880, 800-373-9358, Account # 764930 9 | Credit card bank loan | Account is past due and in collections. | $212.29 | Unsecured | 5/11/2005 |
| Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, Account # 4862-3624-4580-0306 | Capital One Bank NA, PO BOX 30285, Salt Lake City, UT 84130-0285, 800-903-3637 | Credit card bank loan | Account is past due | $202.16 | Unsecured | 6/1/2004 |
| Cricket Wireless , PO BOX 650755, Dallas, TX 75265-0755, Account # 205-2165306-1 | Cricket Wireless , PO BOX 650755, Dallas, TX 75265-0755, 800-274-2538 | Cellular phone monthly non contract | Account is past due | $109.84 | Unsecured | 9/2/2009 |
| Eagle Insurance Agency, ACAR Premium Finance Company, 3280 N. California Avenue, Chicago, IL 60618, Account #180041050 | Eagle Insurance Agency, ACAR Premium Finance Company, 3280 N. California Avenue, Chicago, IL 60618, 773-463-7576 | Auto Insurance Balance | Account is past due and in collections. | 60.17 | Unsecured | 1/8/2009 |
| AT&T, PO BOX 8100, Aurora, IL 60507-8100, Account 630351 1658723 | West Asset Management, 3432 Jefferson Avenue, Texarkana, AR 71854-2747, Account # 630351 1658723 | Old Telephone number | Account is past due and in collections. | $47.80 | Unsecured | 7/1/2004 |
| Columbia House DVD Club, PO BOX 91601, Indianapolis, IN 46291-0601, Account # 5043897 6966 | Columbia House DVD Club, PO BOX 91601, Indianapolis, IN 46291-0601, 800-262-2001 | DVD Club | Account is past due and in collections. | $47.76 | Unsecured | 4/11/2008 |
| | | | Total | $9,061.09 | | |

Page 3 of 3

01/22/2010

39

B6G (Official Form 6G) (12/07)

In re _Mary J. Maciejewski_ ,
⎵Debtor

Case No._____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

40

B6H (Official Form 6H) (12/07)

In re _Mary V. Maciejewski_ ,
        **Debtor**

Case No. _____
                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | NONE |

41/

B61 (Official Form 6I) (12/07)

In re Mary V. Maciejewski ,    Case No. _____
    Debtor    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Single | RELATIONSHIP(S): Daughter, Chelsey | | AGE(S): 13 |

| Employment: | Unemployed    DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 291.00 | $ |
| 2. Estimate monthly overtime | | $ 0.00 | $ |
| 3. SUBTOTAL | | $ 291.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 40.00 | $ |
| b. Insurance | | $ 0.00 | $ |
| c. Union dues | | $ 0.00 | $ |
| d. Other (Specify): _____ | | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 40.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 245.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 100.00 | $ |
| 8. Income from real property | | $ 0.00 | $ |
| 9. Interest and dividends | | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 453.20 | $ |
| 11. Social security or government assistance (Specify): _____ | | $ 0.00 | $ |
| 12. Pension or retirement income | | $ 0.00 | $ |
| 13. Other monthly income (Specify): _____ | | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 553.20 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | | $ 798.20 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 798.20 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

I am hoping to find a job soon.

B6J (Official Form 6J) (12/07)

44

In re Mary J. Maciejewski,
　　　　　　Debtor

Case No. _____
　　　　　　　　　(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)
　　a. Are real estate taxes included?　　Yes _____　No ✗
　　b. Is property insurance included?　　Yes _____　No ✗　　　　　　$ 0.00 　1
2. Utilities:　a. Electricity and heating fuel
　　　　　　　b. Water and sewer　　　　　　　　　　　　　　　　　$ 80.00 　2
　　　　　　　c. Telephone　　　　　　　　　　　　　　　　　　　$ 0.00
　　　　　　　d. Other _____　　$ 60.00
3. Home maintenance (repairs and upkeep)　　　　　　　　　　　　$ 0.00 　3
4. Food　　　　　　　　　　　　　　　　　　　　　　　　　　$ 100.00 　4
5. Clothing　　　　　　　　　　　　　　　　　　　　　　　　$ 25.00 　5
6. Laundry and dry cleaning　　　　　　　　　　　　　　　　　$ 0.00 　6
7. Medical and dental expenses　　　　　　　　　　　　　　　　$ 0.00 　7
8. Transportation (not including car payments)　　　　　　　　　　$ 40.00 　8
9. Recreation, clubs and entertainment, newspapers, magazines, etc.　$ 200.00 　9
10. Charitable contributions　　　　　　　　　　　　　　　　　$ 0.00 　10
11. Insurance (not deducted from wages or included in home mortgage payments)
　　a. Homeowner's or renter's　　　　　　　　　　　　　　　　$ 0.00 　11a
　　b. Life
　　c. Health　　　　　　　　　　　　　　　　　　　　　　　$ 35.52 　b
　　d. Auto　　　　　　　　　　　　　　　　　　　　　　　　$ 0.00 　c
　　e. Other _____　　　　$ 33.00 　d
12. Taxes (not deducted from wages or included in home mortgage payments)　$ 0.00 　e
(Specify) _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
　　a. Auto　　　　　　　　　　　　　　　　　　　　　　　　$ 0.00 　12
　　b. Other
　　c. Other _____　　　　$ 0.00 　13a
14. Alimony, maintenance, and support paid to others　　　　　　　$ 0.00 　b
15. Payments for support of additional dependents not living at your home　$ 0.00 　c
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)　$ 0.00 　14
17. Other All other please see attached　　　　　　　　　　　　$ 0.00 　15
　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 0.00 　16
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,　$ 215.00 　17
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)
　　　　　　　　　　　　　　　　　　　　　　　　　　$ 788.52 　18
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
　　a. Average monthly income from Line 15 of Schedule I　　　　$ 798.20
　　b. Average monthly expenses from Line 18 above　　　　　　$ 788.52
　　c. Monthly net income (a. minus b.)　　　　　　　　　　　$ 9.68

Debtor Expenses, Monthly                    Mary V. Maciejewski                    01/22/2010

| Monthly Expenses | | |
|---|---|---|
| **Creditor/Expense** | **Account #** | **Average payment** |
| COMED | 7773787024 | $80.00 |
| AT&T | 6302830642 | $60.00 |
| Gerber Life | 06505842/06505841 | $12.46 |
| Gerber Life | 10434425 | $17.00 |
| Gerber Life | 13491347 | $6.06 |
| Health Coverage IL Familycare program | 9403000146487 | $0.00 |
| Prescriptions | 9403000146487 | $0.00 |
| State Farm Auto Insurance | 1136-8696-01 | $33.00 |
| Auto maintenance | N/A | $40.00 |
| Children School Expenses | N/A | $50.00 |
| Virgin Mobile Cell Phone | Prepaid | $10.00 |
| Food | N/A | $100.00 |
| Toiletries, cleaning supplies, etc. | N/A | $100.00 |
| Pet Expenses | N/A | $20.00 |
| Miscellaneous, Entertainment, Etc… | N/A | $200.00 |
| Self Employment business supplies | N/A | $10.00 |
| **Total of expenses currently being paid on** | | **$738.52** |
| | | |
| **List of current expenses that I have been unable to pay on** | | |
| | | |
| Cricket Cell Phone(Child) | 205-2165306-1 | $50.00 |
| Rent/Mortgage N/A Live with Relative | N/A | $0.00 |
| GMAC LLC Judgment | 154-9092-41463 | $100.00 |
| Dell Financial Services | 6879-4501-2904-3965-105 | $40.00 |
| Capital One Bank | 5291-0721-7734-7917 | $30.00 |
| Orchard Bank | 5440-4560-1049-2800 | $30.00 |
| AT&T (Formerly Cingular Wireless) | 291092696 | |
| Capital One Bank | 5178-0526-2831-1231 | $25.00 |
| Premier Management Partners(Waterbury Apt) | Maciejewski | $10.00 |
| RQA, Inc | 27975 | $10.00 |
| Best Buy Retail Services | 7021-2713-4546-1089 | $15.00 |
| HSBC Card Services | 5176-6900-4972-5885 | $15.00 |
| Capital One Bank | 4862-3624-4580-0306 | $15.00 |
| Gerber Life Loan on 06505841 | 6505841 | $10.00 |
| Gerber Life Loan on 06505842 | 6505842 | $10.00 |
| Eagle Insurance /ACAR Premium Finance balance | 18041050 | |
| Columbia House DVD Club Balance | 50438976966 | |
| **Total of expenses not able to pay on** | | **$360.00** |
| | | |
| | **Total Expenses** | **$1,098.52** |

46

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

### Northern _____ DISTRICT OF _____ Illinois _____

In re: Mary V. Maciejewski
_____Debtor_____

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                           SOURCE

Please see attached sheet

B7

47

2

**2.    Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

Child Support - please see attached
Tax refunds - please see attached

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*



a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |



b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

3

**None**
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GMAC LLC | | DuPage County | Judgment |
| Capital One Bank | | DuPage County | Judgment |

**None**
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

**None**
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, **within one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

## 6. Assignments and receiverships



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

## 7. Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9.  Payments related to debt counseling or bankruptcy**



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**



a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Macys | Store credit    8550 | |
| T Mobile | Cell phone    7085 | |
| US Bank | Checking Account 5944 | |
| Safe Auto Insurance | Auto Insurance 1964A | |

Please see attached "Additional Financial Information, Statement"

B7

51

6

**12.  Safe deposit boxes**



None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**



None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.   Property held for another person**



None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None



If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B7

52

7

**16. Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

B7

53

8

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------|---------|--------------------|----------------------------|
| Mary V. Maciejewski | 8978 | 770 Woodside Dr. Roselle, Il. 60172 | Self employed mystery shopper and auditor | Beginning 01/2006 - 01/2008 + 10/2009 to Present |



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements



a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

---

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

*10*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court

## __Northern__ District Of _____Illinois_____

In re _Mary V. Maciejewski,_
       Debtor

Case No. _____

Chapter __7__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Please see attached | | | | |

Date: _01-22-2010_

_Mary V. Maciejewski_
                Debtor

*[Declaration as in Form 2]*

Debtor Other Financial Information      Mary V. Maciejewski      01/22/2010

| Bank Accounts | Account Number | Type | Balance |
|---|---|---|---|
| Chase Bank, 136 E. Lake Street, Bloomingdale, IL 60108 630-682-4273 | 814096137 | Checking | $100.00 |
| Midwest Bank, 236 W. Lake Street, Bloomingdale, IL 60108, 630-516-3971 | 648669003 | Checking | $3.00 |
| | | Total Checkin | $103.00 |

| Accounts that Owe Me | Account Number | Type | Amount Due |
|---|---|---|---|
| Child Support due to Mary V. Maciejewski | 00F000459 Dupage County | Child Support | $3054.16 as of 08/31/2009 |

| Accounts Closed in 2009 | Account Number | Type | Balance |
|---|---|---|---|
| MACYS | 43-810-203-855-0 | Credit Card | $0.00 |
| T-MOBILE | 716737085 | Cell Phone | $0.00 |
| US BANK | 1-993-7257-5944 | Bank Checking | $0.00 |
| Safe Auto Insurance | IL00121964A-00 | Auto Insurance | $0.00 |
| | | Total Balance on closed accounts | $0.00 |

Add all bank account last 3 years

(B7)

55

9

☒ None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME

ADDRESS

☐ None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

*Midwest Bank*
*Chase Bank*
*Charter One Bank*
*US Bank*

DATE ISSUED

*Monthly Bank Statements*

### 20. Inventories

☐ None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| *01-05-2010* | *Mary V. Maciejewski* | *$2280.00* |

☐ None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| *01-05-2010* | *Mary V. Maciejewski 770 Woodside Dr. Roselle, IL 60172* |

### 21. Current Partners, Officers, Directors and Shareholders

☒ None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

☒ None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**



a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS          DATE OF WITHDRAWAL



b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**



If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  01·22·2010          Signature  Mary V. Maciejewski
                          of Debtor

Date _____       Signature  N/A
                          of Joint Debtor
                          (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____       Signature _____

                          Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*